IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02984-LTB

ROY ALBERT KAHN,

    Plaintiff,

v.

CHARLES DANIELS, Warden,
COUNSELOR ANDERT, USP Florence,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the"Motion for Credit of Five Dollar Monthly Payment Towards Filing Fee" filed by Plaintiff on June 11, 2012 (ECF No. 14).  In the motion, Plaintiff asserts that he submitted $5.00 to the Court on April 20, 2012, to be applied towards the $350.00 filing fee, but that the Court has not credited him with this payment.  Plaintiff is incorrect. $5.00 was received by the Court on April 20, 2012, and the payment has been applied towards Plaintiff's $350.00 filing fee.  Therefore, the Motion is DENIED.

    Dated:  June 13, 2012